**Order entered August 23, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00701-CR

**DAYLON EUGENE REASON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F19-76822-I**

### ORDER

Before the Court is the August 18, 2021 motion of Niles Illich to substitute as counsel for appellant. We **GRANT** the motion.

We **DIRECT** the Clerk to **REMOVE** Sara Saget and **SUBSTITUTE** Niles Illich as counsel for appellant. All future correspondence shall be sent to Mr. Illich at the address on file with the Court.

The record is due October 5, 2021.

We **DIRECT** the Clerk to send copies of this order to the Honorable Nancy Kennedy, Presiding Judge, Criminal District Court No. 2; Mary Snider, official court reporter, Criminal District Court No. 2; Felicia Pitre, Dallas County District Clerk; Sara Saget; Niles Illich; and the Dallas County District Attorney's Office.


/s/    ERIN A. NOWELL
JUSTICE